UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ELI LILLY AND COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:09-cv-0087-DFH-TAB |
| | ) | |
| INVAGEN PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON PENDING MOTIONS**

Pending before the Court are: (1) Lilly's motion to extend the jurisdictional discovery schedule [Docket No. 49]; (2) Invagen's unopposed motion to stay third party jurisdictional discovery and modify briefing schedule [Docket No. 63]; and (3) Lilly's motion to compel [Docket No. 56].

Lilly's motion to extend the jurisdictional discovery deadline seeks to extend: (1) the date for the completion of jurisdictional discovery from June 22, 2009, to August 21, 2009; and (2) the date for filing Lilly's brief in opposition to Invagen's motion to dismiss from July 6, 2009, to September 4, 2009. For the reasons set forth in Lilly's motion, this request is reasonable and the motion is granted.

As for Invagen's motion to stay, it is not clear how the relief requested in this unopposed motion would coordinate with the relief the Court provided by way of granting Lilly's motion to extend the jurisdictional discovery schedule [Docket No. 49]. Moreover, Invagen's motion to stay is confusing because it refers at the outset to a concurrently filed motion for protective order, but Invagen did not file a motion for protective order concurrently with filing its motion to

stay.  Accordingly, Invagen's motion [Docket No. 49] is denied.  This denial is without prejudice to seek additional relief by way of a motion that more adequately and clearly describes the requested relief and the supporting reasons.[1]

This leaves for resolution Lilly's motion to compel.  Although no response has yet been filed, the motion is obviously well taken, at least with respect for the need to do discovery.  (Lilly's requested relief that the pending motion to dismiss be denied is, at best, over reaching.)  Lilly's motion suggests that Invagen engaged in some gamesmanship with respect to setting depositions dates that put Lilly at a disadvantage in responding to the motion to dismiss.  Invagen presumably disputes this characterization.  Yet even dismissing this contention, it seems inherently reasonable to permit Lilly the limited discovery it seeks to adequately respond to the pending motion to dismiss.  Accordingly, Lilly's motion to compel is granted to the extent it seeks discovery-related relief (as opposed to the relief of denying Invagen's motion to dismiss).

Accordingly, for these reasons: (1) Lilly's motion to extend the jurisdictional discovery deadline [Docket No. 49] is granted, and the deadline for the completion of jurisdictional discovery is enlarged to August 21, 2009, and the deadline for Lilly to file its response in opposition to Invagen's motion to dismiss is enlarged to September 4, 2009; (2) Invagen's motion to stay [Docket No. 63] is denied without prejudice; and (3) Lilly's motion to compel [Docket No. 56] is granted to the extent that Invagen shall produce its two employees for

---

[1] If necessary, the parties may request a status conference to address these issues.

deposition prior to the due date for Lilly's opposition to Invagen's motion to dismiss.

Dated: 07/10/2009

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Stephen E. Arthur
HARRISON & MOBERLY
sarthur@h-mlaw.com

L. Scott Burwell
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP
scott.burwell@finnegan.com

James T. Canfield
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER LLP
james.canfield@finnegan.com

Jan M. Carroll
BARNES & THORNBURG LLP
jan.carroll@btlaw.com

Paul Joseph Carroll
HARRISON & MOBERLY
pcarroll@h-mlaw.com

Mark Jeremy Feldstein
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER LLP
mark.feldstein@finnegan.com

David S. Forman
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP
david.forman@finnegan.com

Charles Edmund Lipsey
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER LLP
charles.lipsey@finnegan.com

Alissa Keely Lipton
FINNEGAN, HENDERSON, FARABOW,
GARRETT, & DUNNER,LLP
alissa.lipton@finnegan.com

Laura P. Masurovsky
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP
laura.masurovsky@finnegan.com

Robert Francis McCauley
FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER LLP
robert.mccauley@finnegan.com

Amy E. Purcell
FINNEGAN, HENDERSON, FARABOW
GARRETT & DUNNER, L.L.P.
amy.purcell@finnegan.com

William Barrett Raich
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER LLP
william.raich@finnegan.com

David Williams Russell
HARRISON & MOBERLY
drussell@h-mlaw.com

Robert S. Silver
Mona Gupta
CAESAR RIVISE BERNSTEIN COHEN
& POKOTILOW, LTD.
rssilver@crbcp.com

Robert W Stevenson
CAESAR RIVISE BERNSTEIN COHEN &
POKOTILOW, LTD.
rstevenson@crbcp.com